572 A.2d 167

RTKL ASSOCIATES, INC., et al.

v.

The BOARD OF TRUSTEES OF the BALTIMORE COUNTY COMMUNITY COLLEGES, Dundalk Community College.

No. 116, Sept. Term, 1989.

Court of Appeals of Maryland.

April 16, 1990.

John W. Geldmacher, Parks, Hansen & Ditch, Towson, both on brief, for petitioners.

John A. Austin, Asst. County Atty., Arnold Jablon, County Atty., Towson, both on brief, for respondents.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and CHASANOW, JJ.

ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 16th day of April, 1990

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs to be divided equally, the petition having been improvidently granted.